AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means  ☐ Original  ☒ Duplicate Original



FILED
RICHARD W. NAGEL
CLERK OF COURT

2021 DEC -8 PM 2:17

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
1475 Stonewell Court, Columbus, Ohio 43119
and
White, 2012 Chevrolet Impala, VIN# 1G1ZB5E05CF25

Case No. 2:21-mj-778

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the  Southern  District of  Ohio
*(identify the person or describe the property to be searched and give its location)*:

1475 Stonewell Court, Columbus, Ohio 43119 and a White, 2012 Chevrolet Impala, VIN# 1G1ZB5E05CF25, and further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before   12-20-21   *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   The Clerk's Office   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   12-6-21 @ 12:04pm

City and state:   Columbus, Ohio            Chelsey M. Vascura, United States Magistrate Judge
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 773040-22-006 | 12/07/21 0922 | TRACY WOLFORD |

Inventory made in the presence of:
ATF COLUMBUS FO I, AGENTS & TFOs

Inventory of the property taken and name(s) of any person(s) seized:

SEE ATTACHED FORMS: ATF FORM 3400.23
"RECEIPT FOR PROPERTY AND OTHER ITEMS"

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/07/2021

TFO _[signature]_
Executing officer's signature

ATF TFO Sean Eitel
Printed name and title

## ATTACHMENT A

The first location to be searched is the residence, curtilage, and outbuildings located at 1475 Stonewell Court, Galloway, Ohio 43119, Franklin County (hereinafter "**TARGET RESIDENCE**"). The **TARGET RESIDENCE** includes a single-family dwelling and detached garage with blue siding and white trim accents.

The second location to be searched is a white, 2012 Chevrolet Impala, VIN# 1G1ZB5E05CF258810, Ohio Registration JVZ1674 (hereafter "**TARGET VEHICLE**"). The **TARGET VEHICLE** is believed to be parked within or near the **TARGET RESIDENCE**.

## ATTACHMENT B

## ITEMS TO BE SEIZED

1. Firearms, ammunition, any firearm parts or accessories and any records or receipts pertaining to firearms and/or ammunition.

2. Photographs, including still photographs, negatives, video and/or digital media and the contents therein of potential evidence of illegal purchase of firearms and/or ammunition.

3. Packaging, wrapping, boxes, or other material related to possession or purchase of firearms and/or ammunition.

4. Correspondence, books, records, receipts, notes, ledgers, catalogs, and other papers relating to the transportation, ordering, purchasing of firearms and/or ammunition.

5. Cellular phones and other electronic communication devices belonging to Tracy WOLFORD.

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Receipt for Property and Other Items

72095A

| Page 1 of — | Case/Inspection Number 773040-22-0046 | Case/Inspection Title WOLFORD (STRAW PURCHASE) | Office Columbus I |
|---|---|---|---|
| Taken from: (name, title, address, if appropriate) 1475 Stonewell Ct. Galloway, OH 43119 | | | Recipient: (name, title, address, if appropriate) Columbus I F.O. |
| Location of Transfer or Seizure Same as above | | | Basis for Transfer or Seizure of Items: Search warrant |

| Amount or Quantity | Description of Item(s) |
|---|---|
| 1 | Motorola cellphone – 1st fl living rm – Rhoden |
| 2 | ~~Beretta~~ Melwan, 9mm, SN: 1073296 – Bdrm 1 SM |
| 3 | Assorted Ammo, Bdrm 1, SM |
| 4 | Jail mail correspondence, Kitchen M.B. |
| 5 | Taurus, ultralite, 38sp, SN: CY54644, basement CM |
| 6 | Ruger, P95, 9mm, SN: 31697011 basement CM |
| 7 | 8 rds ammo from magazine of #7, basement, CM |
| 8 | assorted ammo, basement couchbed, CM |
| 9 | Keltec, CP33, .22, SN: MBJ98, basement couch CM |
| 10 | Keltec case w/ accessories, basement couch, CM |
| 11 | Taurus, G2C, 9mm, SN: ACG969339, basement couch CM |
| 12 | Taurus box w/ accessories, basement couch, CM |
| 13 | Assorted Ammo (black bookbag) basement closet, CM |
| 14 | Assorted Ammo basement dresser, CM |

JMP SA5484

I hereby acknowledge receipt of the above item(s) into my custody.
Received by: (signature) [signature]   Date: 12/7/21
Transferred by: (signature, if appropriate) Tracy Wolford   Date: 12/7/21
Witnessed by: (signature) [signature] #2307   Date: 12/7/21

GPO U.S. GOVERNMENT PRINTING OFFICE: 2009-349-461/41101

ATF Form 3400.23
Revised March 2005

# U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Receipt for Property and Other Items

| Page 1 of 1 | Case/Inspection Number: 773040-22-0016 | Case/Inspection Title: WOLFORD (STRAW PURCHASE) | Office: COLUMBUS I |
|---|---|---|---|

**Taken from:** *(name, title, address, if appropriate)*
2012 CHEVROLET VIN# 1G1ZB5E05CF258810
OHIO RP# GVZ1674

**Recipient:** *(name, title, address, if appropriate)*
COLUMBUS I F.O.

**Location of Transfer or Seizure:**

**Basis for Transfer or Seizure of Items:**
SEARCH WARRANT

| Amount or Quantity | Description of Item(s) |
|---|---|
| 0 | NO ITEMS SEIZED |

I hereby acknowledge receipt of the above item(s) into my custody.

**Received by:** *(signature)* TFO [signature]    **Date:** 12/07/21

**Transferred by:** *(signature, if appropriate)*    **Date:**    **Witnessed by:** *(signature)*    **Date:**